AO 467 (Rev. 1/09) Order of Holding Defendant (NH-1/09)

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 20 2023

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Richard Zachary Ackerman

Case No. 23-mj-123-01-AJ

Charging District
Case Number: 1:23-mj-00129

### ORDER OF HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

The defendant having appeared before this Court pursuant to Rule 5, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

The defendant shall be held to answer in the United States District Court for the District of Columbia and shall appear at all proceedings as required. The defendant shall next appear:

Where:   U.S. District Court, District of Columbia
         VIA VIDEO

When:    WHEN NOTIFIED

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of court where the charges are pending.

SO ORDERED.

Andrea K. Johnstone
United States Magistrate Judge

6/20/2023

cc:  U.S. Attorney
     U.S. Marshal
     U.S. Probation
     Eric Wolpin, AFD